**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

R.M.,                                       : No. 915 MAL 2014
                                            :
      Respondent                 :
                                            : Petition for Allowance of Appeal from the
                                            : Order of the Superior Court
   v.                                       :
                                            :
                                            :
                                            :
E.M.,                                       :
                                            :
      Petitioner                 :

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of April, 2015, the Petition for Allowance of Appeal, the Application for Leave to File a Supplement, and the Application for Leave to File a Response are **DENIED**.